No. 12–0486/AR.  U.S. v. Jeremey C. Clifton.  CCA 20091092.  Review granted on the following issue:

> WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED WHEN IT DETERMINED THE MILITARY JUDGE COMMITTED ERROR BY DENYING A PANEL MEMBER'S REQUEST TO CALL TWO ADDITIONAL WITNESSES FOR QUESTIONING, BUT FOUND THIS ERROR TO BE HARMLESS.

Briefs will be filed under Rule 25.

No. 12–0030/AR.  U.S. v. Michael C. Behenna.  CCA 20090234.  Appellant's petition for reconsideration of this Court's decision on July 5, 2012, is hereby denied.

Misc. No. 12–8030/NA.  John H. Maze, Appellant v. Commandant, U.S. Disciplinary Barracks, Appellee.  CCA 200900027.  Notice is hereby given that a writ-appeal petition for review of the United States Navy–Marine Corps Court of Criminal Appeals on application for extraordinary relief and brief were filed under Rule 27(b). Appellee will file an answer on or before August 16, 2012.

Misc. No. 12–8031/MC.  James M. Lewis, Petitioner v. United States, Respondent. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of mandamus, together with a motion to file the same out of time, were filed under Rule 27(a).

No. 12–0557/AR.  U.S. v. Mac D. Warner.  CCA 20100398.  On consideration of Appellant's motion to correct errata and substitute corrected supplement, it is ordered that said motion is hereby granted.

No. 12–0593/AF.  U.S. v. Alexander Schodolski–Carey.  CCA 37605.  On consideration of the motions filed by Major Daniel E. Schoeni for leave to withdraw as appellate defense counsel in the above cases, it appears that the Judge Advocate General has assigned another counsel to represent the Appellants and that the new counsel have assumed representation of said Appellants.  Accordingly, it is ordered that said motions are hereby granted.